AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**APPEARANCE**

Case Number: 08mj0532

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARIO HARO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/26/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name                                      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City            State            Zip Code |
| | (619) 234-8467          (619) 687-2666 |
| | Phone Number            Fax Number |